WYC:SCF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**M11-224**

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

AYMAN SAYED YOUSSEF,

        Defendant.

- - - - - - - - - - - - - - - - -X

AFFIDAVIT IN SUPPORT OF
REMOVAL TO THE
DISTRICT OF COLORADO

(Fed. R. Crim. P. 5(c))

EASTERN DISTRICT OF NEW YORK, SS:

    CHRISTIAN ALBANESE, being duly sworn, deposes and says that he is a Special Agent with the Department of Homeland Security, Homeland Security Investigations, duly appointed according to law and acting as such.

    Upon information and belief, on October 18, 2010, an arrest warrant was issued by the United States District Court for the District of Colorado, case number 10-cr-00527-MSK, commanding the arrest of the defendant AYMAN SAYED YOUSSEF, pursuant to an indictment charging him with Bank Fraud in violation of Title 18, United States Code, Section 1344.

    The source of your deponent's information and the grounds for his belief are as follows:

    1.  On October 18, 2010, an arrest warrant was issued by the United States District Court for the District of Colorado, case number 10-cr-00527-MSK, commanding the arrest of the defendant AYMAN SAYED YOUSSEF, pursuant to an indictment charging him with Bank Fraud in violation of Title 18, United States Code, Section 1344. A copy of the arrest warrant and indictment are

attached hereto.

2. On March 1, 2011, the defendant, a citizen of Egypt, and a lawful permanent resident of the United States, arrived at John F. Kennedy International Airport ("JFK") in Queens, New York, aboard Egypt Air Flight number 985 from Cairo, Egypt.

3. Upon his arrival at JFK, the defendant presented his Lawful Permanent Resident ("LPR") Card for admission to the United States. Upon entering the defendant's LPR Card into a Customs and Border Protection integrated system, CBP officers were alerted to the fact that there was an outstanding warrant issued in Colorado, which sought the defendant's arrest. CBP officers detained the defendant and contacted agents from Homeland Security Investigations.

4. Upon their arrival, HSI agents questioned the defendant and obtained certain identifying information from him including his name, date of birth, social security number, alien registration number and physical address in the United States.

5. Thereafter HSI agents at JFK Airport communicated with the law enforcement agents seeking the defendant's arrest on bank fraud charges in District of Colorado case number 10-cr-00527-MSK. Those officers provided HSI agents with a Customs Fugitive Report, which identified the individual sought in the Colorado action. The officers also provided a picture of the defendant. The name, date of birth and social security number included on the Customs Fugitive Report match the name, date of

birth and social security number provided by the defendant to agents at JFK Airport. The picture appears to depict the defendant.

6. Upon further questioning the defendant admitted to HSI agents that he was AYMAN SAYED YOUSSEF, but denied knowing that there was a warrant seeking his arrest.

7. It is the desire of the United States Attorney for the District of Colorado that the defendant AYMAN SAYED YOUSSEF be removed to that district for prosecution.

WHEREFORE, it is requested that the defendant AYMAN SAYED YOUSSEF be removed to the District of Colorado so that he may be dealt with according to law.

CHRISTIAN ALBANESE
Special Agent
Homeland Security Investigations


Sworn to before me this
2nd day of March, 2011

;E
EASTERN DISTRICT OF NEW YORK

3

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
| v. | ) |
| | ) Case No. 10-cr-00527-MSK |
| | ) |
| Ayman Sayed Youssef | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Ayman Sayed Youssef, who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Bank Fraud in violation of 18 United States Code Section 1344.


Date: 10/18/2010

s/N. Marble
*Issuing officer's signature*

City and state: Denver, Colorado

Gregory C. Langham, Clerk, U.S. District Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **AYMAN SAYED YOUSSEF,**

    Defendant.

---

## INDICTMENT
## 18 U.S.C. § 1344

---

The Grand Jury charges that:

## COUNTS ONE THROUGH TWENTY

1. Beginning in or about June 2010 and continuing through in or about July 2010, in the State and District of Colorado and elsewhere, the defendant,

**AYMAN SAYED YOUSSEF,**

devised a scheme to defraud financial institutions, and to obtain money and property from said financial institutions, by materially false and fraudulent pretenses, representations and promises.

2. It was part of the scheme to defraud that:

    a. The defendant opened bank accounts at several financial institutions located in Colorado and Georgia.

    b. The defendant then deposited checks drawn on one bank account into

another bank account for the purpose of artificially inflating the balances in the accounts, and thus deceiving financial institutions into honoring and paying checks drawn on the accounts (a practice known as "check kiting").

c. The defendant uttered and passed, and attempted to utter and pass, checks on the artificially-inflated bank accounts made payable to himself or others.

d. The defendant also withdrew cash from the artificially-inflated bank accounts.

e. In executing the scheme to defraud, the defendant also utilized cash obtained by executing a credit card "bust-out" scheme, in which he fraudulently ran credit cards through a point of sale associated with his business, the Italian Garden restaurant located in Georgia.

3. On or about the dates listed below, in the District of Colorado, the defendant, **AYMAN SAYED YOUSSEF**, knowingly executed and attempted to execute the scheme to defraud described herein, by withdrawing and attempting to withdraw money from bank accounts at the federally insured financial institutions listed below in the approximate amounts listed below:

| COUNT | DATE | FINANCIAL INSTITUTION & ACCOUNT NUMBER | TRANSACTION TYPE | PAYEE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| ONE | 7/1/2010 | Alpine Bank 7717185366 | ATM Withdrawal | YOUSSEF | $100.00 |
| TWO | 7/1/2010 | Bank of Colorado 7415027906 | ATM Withdrawal | YOUSSEF | $140.00 |
| THREE | 7/6/2010 | Alpine Bank 7717185366 | ATM Withdrawal | YOUSSEF | $500.00 |

| FOUR | 7/6/2010 | Bank of Colorado 7415027906 | ATM Withdrawal | **YOUSSEF** | $500.00 |
|---|---|---|---|---|---|
| FIVE | 7/6/2010 | Alpine Bank 7717185366 | ATM Withdrawal | **YOUSSEF** | $500.00 |
| SIX | 7/7/2010 | Bank of Colorado 7415027906 | ATM Withdrawal | **YOUSSEF** | $500.00 |
| SEVEN | 7/7/2010 | Bank of Colorado 7415027906 | POS Purchase | Wal Mart | $500.00 |
| EIGHT | 7/7/2010 | Alpine Bank 7717185366 | ATM Withdrawal | **YOUSSEF** | $500.00 |
| NINE | 7/7/2010 | Alpine Bank 7717185366 | POS Purchase | Wal Mart | $1000.00 |
| TEN | 7/7/2010 | Wells Fargo 5739105475 | POS Purchase | Target | $662.00 |
| ELEVEN | 7/7/2010 | Wells Fargo 5739105475 | ATM Withdrawal | **YOUSSEF** | $500.00 |
| TWELVE | 7/8/2010 | Wells Fargo 5739105475 | ATM Withdrawal | **YOUSSEF** | $202.50 |
| THIRTEEN | 7/8/2010 | Wells Fargo 5739105475 | ATM Withdrawal | **YOUSSEF** | $102.50 |
| FOURTEEN | 7/12/2010 | Wells Fargo 5739105475 | POS Purchase | Wakeeny 24/7 | $24.06 |
| FIFTEEN | 7/12/2010 | Wells Fargo 5739105475 | POS Purchase | Arby's | $6.79 |
| SIXTEEN | 7/13/2010 | Wells Fargo 5739105475 | POS Purchase | Shell Oil Co. | $46.13 |
| SEVEN-TEEN | 7/13/2010 | Wells Fargo 5739105475 | POS Purchase | Shell Oil Co. | $13.00 |
| EIGHTEEN | 7/13/2010 | Wells Fargo 5739105475 | POS Purchase | Arby's | $6.39 |
| NINETEEN | 7/13/2010 | Wells Fargo 5739105475 | POS Purchase | Subway | $4.88 |

| TWENTY | 7/13/2010 | Wells Fargo 5739105475 | POS Purchase | KTA Tolls | $2.75 |

## COUNTS TWENTY-ONE THROUGH FORTY

1. Paragraphs 1 and 2 of Counts One through Nineteen are hereby realleged as if set forth fullly herein.

2. On or about the dates listed below, in the State and District of Colorado and elsewhere, the defendant, **AYMAN SAYED YOUSSEF**, knowingly executed and attempted to execute the scheme to defraud described herein by fraudulently uttering and passing, and attempting to fraudulently utter and pass, checks written to himself as payee, each in the amount of $500.00, and drawn on bank accounts under his control at the federally insured financial institutions listed below:

| COUNT | DATE | FINANCIAL INSTITUTION & ACCOUNT NUMBER | CHECK NUMBER | FINANCIAL INSTITUTION DRAWN ON & ACCOUNT NUMBER |
|---|---|---|---|---|
| TWENTY-ONE | 7/2/2010 | Bank of Colorado 7415027906 | 1008 | First National Bank of the Rockies 13011600128448 |
| TWENTY-TWO | 7/2/2010 | Bank of Colorado 7415027906 | 1010 | First National Bank of the Rockies 13011600128448 |
| TWENTY-THREE | 7/2/2010 | Bank of Colorado 7415027906 | 2004 | Bank of America 003250080282 |
| TWENTY-FOUR | 7/2/2010 | Bank of Colorado 7415027906 | 9904 | Bank of the West 012552737 |

| TWENTY-FIVE | 7/2/2010 | Alpine Bank 7717185366 | Starter Check | Bank of Colorado 7415027906 |
|---|---|---|---|---|
| TWENTY-SIX | 7/2/2010 | Alpine Bank 7717185366 | 9902 | Bank of the West 012552737 |
| TWENTY-SEVEN | 7/2/2010 | Alpine Bank 7717185366 | 097 | Wells Fargo 5739105475 |
| TWENTY-EIGHT | 7/2/2010 | First National Bank of the Rockies 13011600128448 | 1001 | American National Bank 71032117 |
| TWENTY-NINE | 7/2/2010 | First National Bank of the Rockies 13011600128448 | 098 | Wells Fargo 5739105475 |
| THIRTY | 7/2/2010 | First National Bank of the Rockies 13011600128448 | Starter Check | Academy Bank 3288568 |
| THIRTY-ONE | 7/6/2010 | Alpine Bank 7717185366 | 1306 | First Citizens Bank 80076915101 |
| THIRTY-TWO | 7/6/2010 | Alpine Bank 7717185366 | 2005 | Bank of America 003250080282 |
| THIRTY-THREE | 7/6/2010 | Wells Fargo 5739105475 | Starter Check | Academy Bank 3288568 |
| THIRTY-FOUR | 7/6/2010 | Wells Fargo 5739105475 | Starter Check | Bank of Colorado 7415027906 |
| THIRTY-FIVE | 7/6/2010 | First National Bank of the Rockies 13011600128448 | 2007 | Bank of America 003250080282 |
| THIRTY-SIX | 7/6/2010 | First National Bank of the Rockies 13011600128448 | 1003 | American National Bank 71032117 |
| THIRTY-SEVEN | 7/6/2010 | First National Bank of the Rockies 13011600128448 | 9903 | Bank of the West 012552737 |

| THIRTY-EIGHT | 7/7/2010 | Wells Fargo 5739105475 | 1005 | First National Bank of the Rockies 13011600128448 |
|---|---|---|---|---|
| THIRTY-NINE | 7/7/2010 | Wells Fargo 5739105475 | 2006 | Bank of America 003250080282 |
| FORTY | 7/7/2010 | Wells Fargo 5739105475 | 1307 | First Citizens Bank 80076915101 |

All in violation of Title 18, United States Code, Section 1344.

A TRUE BILL

Ink signature on file in the clerk's Office
FOREPERSON


JOHN F. WALSH
United States Attorney



s/ Michelle M. Heldmyer
MICHELLE M. HELDMYER
Assistant United States Attorney
400 Rood Avenue, Suite 220
Grand Junction, CO 81501
Telephone: (970) 241-3843
FAX: (970) 248-3630
E-mail: michelle.heldmyer@usdoj.gov
Attorney for Plaintiff United States

DEFENDANT: Ayman Sayed Youssef

YOB: 1979

STATE: Egyptian National

COMPLAINT FILED? _____ YES __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? _____ YES __X__ NO

    IF NO, A NEW WARRANT IS REQUIRED

OFFENSE: **COUNTS ONE THROUGH FORTY:**
Bank Fraud in violation of 18 U.S.C. §1344

LOCATION OF OFFENSE: Mesa County, Colorado

PENALTY: **COUNTS ONE THROUGH FORTY:**
NMT 30 years imprisonment; NMT $1,000,000 fine or both such fine or imprisonment; NMT 5 years supervised release; $100 special assessment.

AGENT: SA Gerard Kavanagh, DHS/ICE - HSI

AUTHORIZED BY: Michelle M. Heldmyer
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less    __X__ over five days    _____ other

THE GOVERNMENT

__X__ will seek pretrial detention in this case    _____ will **not** seek pretrial detention in this case

The statutory presumption of detention **is** or **is not** applicable to this defendant. **(Circle one)**

OCDETF CASE: No __X__      Yes _____